IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00222-MR-WCM

| | |
|---|---|
| ZACHARY HEBB ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CITY OF ASHEVILLE, ) | |
| NORTH CAROLINA, and ) | |
| BEN WOODY ) | |
| *individually and in his official* ) | |
| *capacity as Director of Development* ) | |
| *Services Department for City of* ) | |
| *Asheville, North Carolina* ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Brennan Tyler Brooks. The Motion indicates that Mr. Brooks, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Nathan W. Kellum, who the Motion represents as being a member in good standing of the Bars of Tennessee and Mississippi. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Nathan W. Kellum to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 27, 2022

W. Carleton Metcalf
United States Magistrate Judge