IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00222-MR-WCM

| | |
|---|---|
| ZACHARY HEBB ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CITY OF ASHEVILLE, ) | |
| NORTH CAROLINA, and ) | |
| BEN WOODY ) | |
| *individually and in his official* ) | |
| *capacity as Director of Development* ) | |
| *Services Department for City of* ) | |
| *Asheville, North Carolina* ) | |
| ) | |
| Defendants. ) | |

_____

This matter is before the Court on Defendants' Unopposed Motion to Waive the Requirement of, or Alternatively to Set the Amount of, a Supersedeas Bond. Doc. 41. The Motion has been referred to the undersigned by the presiding district judge for disposition.

Having reviewed the Motion, the record in this case, and applicable authorities, the Court finds that the Motion should be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Unopposed Motion to Waive the Requirement of, or Alternatively to Set the Amount of, a Supersedeas Bond (Doc. 41) is **GRANTED** and execution of the January 21, 2025 Amended Judgment is **STAYED**

1

through and including the date the mandate relative to Defendants' pending appeal is issued by the United States Court of Appeals for the Fourth Circuit in Case No. 24-1383.

2. The requirement that a supersedeas bond or other security be posted is **WAIVED**.

Signed: January 29, 2025

W. Carleton Metcalf
United States Magistrate Judge