FILED: August 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1383
(1:22-cv-00222-MR-WCM)

_____

ZACHARY HEBB

       Plaintiff - Appellee

v.

CITY OF ASHEVILLE, NORTH CAROLINA; BEN WOODY, individually and in his official capacity as Director of Development Services Department for City of Asheville, North Carolina

       Defendants - Appellants

_____

TEMPORARY STAY OF MANDATE
_____

    Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

/s/Nwamaka Anowi, Clerk