FILED: November 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1383
(1:22-cv-00222-MR-WCM)

_____

ZACHARY HEBB

      Plaintiff - Appellee

v.

CITY OF ASHEVILLE, NORTH CAROLINA; BEN WOODY, individually and in his official capacity as Director of Development Services Department for City of Asheville, North Carolina

      Defendants - Appellants

_____

M A N D A T E
_____

The judgment of this court, entered July 23, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*