IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:22-CV-00222

| | |
|---|---|
| ZACHARY HEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF ASHEVILLE; and | ) |
| BEN WOODY, in his official and | ) |
| individual capacities, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL

All parties to the above-captioned action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed between them, to the dismissal with prejudice of the above-captioned action. Each party will bear its own attorneys' fees and costs, excepting the agreed upon amount Defendants have paid to Plaintiffs' counsel as part of the settlement agreement.

Respectfully submitted, this the 2 day of March, 2026.

Counsel for Defendants:
*s/ Eric P. Edgerton*

Eric P. Edgerton
N.C. Bar No. 47717
P.O. Box 7148
Asheville, NC 28802
Telephone: (828) 259-5473
Email: eedgerton@ashevillenc.gov

Counsel for Plaintiffs:
*/s/ B. Tyler Brooks*
B. Tyler Brooks
N.C. Bar No. 37604
Law Office of B. Tyler Brooks, PLLC
P.O. Box 10767
Greensboro, N.C.
Telephone: (336) 707-8855
Facsimile: (336) 900-6535
Email: btb@btylerbrookslawyer.com

*/s/ Nathan W. Kellum*
Nathan W. Kellum
First Liberty Institute
699 Oakleaf Office Lane, #107
Memphis, TN 38117
Telephone: (901) 684-5485
Fax: 901-684-5499
Email: nkellum@firstliberty.org

## CERTIFICATE OF SERVICE

I certify that on March 2, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will effectuate service on all counsel of record.

*/s/ Nathan W. Kellum*
Nathan W. Kellum
*Counsel for Plaintiffs*
